BEFORE THE FIRST DIVISION, APRIL 4, 1950

**No. 54180.**—Coro, Inc., et al. *v.* United States, protests 138803–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of combs similar in all material respects to those the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 48, C. A. D. 418), the claim of the plaintiffs was sustained.

**No. 54181.**—Jack Altmann & Co. et al. *v.* United States, protests 120776–K, etc. (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the miniature leather gloves the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of the plaintiffs was sustained.